# EXHIBIT 9

| Claims of U.S. Patent No. 11,262,779 | Evidence of Infringement by Utilities |
| --- | --- |
| 1[pre] A system for managing an electric power grid, comprising: | Each of the Defendants ("Maryland Utilities") has at least one residential Demand Response Program.  For example:<br><br>*Delmarva Power*<br><br>Energy Wise Rewards<br>https://homeenergysavings.delmarva.com/energywiserewards/md/residential/participation<br><br>Flex Rewards<br>https://homeenergysavings.delmarva.com/md/residential/flex-rewards<br><br>*Pepco*<br><br>Energy Wise Rewards<br>https://homeenergysavings.pepco.com/energywiserewards/md/residential/participation<br><br>Flex Rewards<br>https://homeenergysavings.pepco.com/md/residential/flex-rewards<br><br>*BG&E*<br><br>Connected Rewards<br>https://bgesmartenergy.com/residential/earn-incentives/connectedrewards<br><br>Peak Rewards<br>https://bgesmartenergy.com/residential/earn-incentives/peak-rewards/programs/ac |

*SMECO*

SmartTemp
https://greatergrid.com/enroll/programs/thermostats/smeco

Each of the Maryland Utilities makes and uses a system that operates the respective Demand Response Program ("Accused System" or "DR System"). Each of these DR Systems manages an electric grid by, for example, communicating messages to and controlling the operation of smart thermostats and/or load control switches in order to reduce the consumption of electric power by load consuming devices during periods of peak demand.

The DR Systems of Delmarva and PEPCO incorporate the use of Resideo Connected Savings platform ("Resideo Platform") in their DR Systems.

**Delmarva Power Energy Wise Rewards® Bring-Your-Own-Device (BYOD) Customer Participation Agreement:[1]**

The Program is being administered by a third-party administrator ("Program Administrator"), which is Ademco Inc., a subsidiary of Resideo Technologies, Inc., a Delaware corporation, having a place of business at 1985 Douglas Drive, Golden Valley, MN 55422 (d/b/a "Resideo Grid Services"). By enrolling in the BYOD Program, you are also agreeing to Program Administrator's EULA and Privacy Policy, available at https://connectedsavings.com/eula and https://connectedsavings.com/privacy-overview/privacy-policy/ (respectively) or such other location as notified by the Program Administrator on its website.

---

[1] https://homeenergysavings.delmarva.com/sites/default/files/47327_DPL_EWR_BYOD_TC_v2_RELEASE-508.pdf.

| | Pepco Energy Wise Rewards® Bring-Your-Own-Device (BYOD) Customer Participation Agreement:[2] |
|---|---|
| | The Program is being administered by a third-party administrator ("Program Administrator"), which is Ademco Inc., a subsidiary of Resideo Technologies, Inc., a Delaware corporation, having a place of business at 1985 Douglas Drive, Golden Valley, MN 55422 (d/b/a "Resideo Grid Services"). By enrolling in the BYOD Program, you are also agreeing to Program Administrator's EULA and Privacy Policy, available at https://connectedsavings.com/eula and https://connectedsavings.com/privacy-overview/privacy-policy/ (respectively) or such other location as notified by the Program Administrator on its website.<br><br>The DR Systems of SMECO incorporate the use of the EnergyHub (formerly known as Mercury) platform ("EnergyHub Platform").[3]<br><br>The DR Systems of BG&E have incorporated and/or incorporate the use of the Resideo Platform and/or the EnergyHub Platform:<br><br>**EnergyHub and Baltimore Gas and Electric Deploy BYOT and EV Charging Programs,** https://www.energyhub.com/news/bge-byot-and-ev-charging-der-programs |

[2] https://homeenergysavings.pepco.com/sites/default/files/47327_Pepco_EWR_BYOD_TC_v2_RELEASE-508.pdf

[3] For example, the "Terms of Use" and "Privacy Policy" links at the bottom of the SMECO SmartTemp webpage (https://greatergrid.com/enroll/programs/thermostats/smeco) both are directed to the EnergyHub End User License Agreement at https://www.energyhub.com/terms.

3

**BGE Connected Rewards** (providing an EnergyHub email address (bge@energyhub.com))
https://web.archive.org/web/20231004190713/https://enrollmythermostat.com/bge/

**BG&E Connected Rewards Terms and Conditions:**[4]

> The Program is provided by Resideo, 16100 N 71st St Suite 550, Scottsdale, AZ 85254 ("**Sponsor**").
>
> Additional program details and the Program application for enrollment is available at the following website address: https://connect.connectedsavings.com/#!/getdevice?campaignId=384
>
> The Program Terms are available at the following website: https://connectedsavings.com/bge-tcs/
>
> Resideo contact information for the program is: enerysupport@Resideo.com.

In 2025, EnergyHub acquired Resideo Connected Savings, and the latest EnergyHub EULA expressly states that it applies to both platforms and describes them as managing power on an electric power grid:[5]

---

[4] https://connectedsavings.com/bge-tcs/#toggle-id-1.

[5] EnergyHub End User License Agreement, available at www.energyhub.com/terms.

## 2. THE ENERGYHUB SYSTEM

We provide utilities with award-winning, consumer-facing, demand energy-management response products and related services. These products and services empower people to be energy efficient and change the way people think about their energy usage. These Terms provide the terms applicable to your use of our web-based services (the "**Services**"), whether you are accessing the Services via one of our websites at http://www.energyhub.com, https://www.connectedsavings.com, or other websites operated by EnergyHub (the "**Website**"); the Website or any other content provided through the System (the "**Content**"); devices connected to the Services, including, without limitation, connected devices, electric vehicles, electric vehicle chargers, solar inverters, solar panels, batteries, water heaters, heat pumps, window air conditioners, pool pumps, and connected thermostats (the "**Devices**"); mobile applications operated by EnergyHub for itself or on behalf of utilities or thermostat providers (the "**Mobile Apps**") and the Mercury platform, which interconnect the Website, the Mobile Apps, and the Devices; or through any other medium or device now known or hereafter developed. In these Terms, for convenience we refer to the combination of products and services we provide, including the Services, the Website, the Content, the Devices, the Mobile Apps, and the EnergyHub Platform (formerly the Mercury Platform), the LoadFlex Platform, and the Connected Savings Platform (collectively, the "**Platforms**") as, collectively, the "**System**."

## 8. REQUIRED CONNECTIVITY

Some portions of the System require a data connection between certain devices or systems on your property and our servers. You must provide this connection at your sole expense and responsibility. EnergyHub is not responsible for the availability of this connection or liable for any consequences that may result from the unavailability or quality of such connection and reserves the right to change the access configuration of its System at any time and without prior notice to you.

Some portions of the System may require a connection to your electric, water, gas, or other utilities (between you and the utilities, the utilities and us, or both). We are not responsible for the availability of these connections or liable for any consequences that may result from the unavailability or quality of such connections. You agree to allow us access to your billing and usage information from the utilities for the purpose of our providing that information to you through the System.

| | |
|---|---|
| | *See* also, **Resideo Connected Savings EULA:**[6]<br><br>Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS) platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("DERs"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats,** electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program: |
| 1[a] a server, including a processor and a memory, wherein the server receives a power control command requiring a reduction of an amount of power consumed by at least one power consuming device; | Each DR System comprises a server, including a processor and a memory, wherein the server receives a power control command requiring a reduction of an amount of power consumed by at least one power consuming device. For example, the utility servers including at least the Resideo Platform and/or EnergyHub Platform (a server, including "a processor and a memory") receive input to create a new DR event for a group of smart thermostats/HVAC units ("power control command requiring a reduction of an amount of power consumed by at least one power consuming device").<br><br>**PJM OPEN ACCESS TRANSMISSION TARIFF, attachment K**[7]<br><br>To participate in the Emergency Load Response Program and Pre-Emergency Load Response Program, the Demand Resource must:<br>    Be capable of reducing at least 100 kW of load |

---

[6] For example, https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

[7] PJM documents referenced herein, including the Operating Agreement, Open Access Transmission Tariff, Reliability Assurance Agreement and all Manuals are available for download at https://www.pjm.com/library.

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 8 of 68

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 9 of 68

Be capable of receiving notification of a Load Management Event.
The location shall not be Critical Natural Gas Infrastructure.

**PJM Manual 11**

## 10.1 Overview of Demand Resource Participation

PJM Economic Load Response enables Demand Resources to respond to PJM Energy, Synchronized Reserve, and/or Secondary Reserve prices by reducing consumption and receiving a payment for the reduction or following PJM signal to reduce or increase load if providing regulation services.

- The Day-ahead Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to reduce the load they draw from the PJM system in advance of Real-time operations and receive payments based on Day-ahead LMP for the reductions.

- The Real-time Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to commit to a reduction and receive payments based on Real-time LMP for the reductions.

**PJM Manual 18**

### 4.3.2 Types of Load Management Programs
PJM recognizes three types of Load Management programs:

- Firm Service Level (FSL) – Load management achieved by a customer reducing its load to a pre-determined level (the Firm Service Level), upon notification from the resource provider's market operations center or its agent.

- Guaranteed Load Drop (GLD) – Load management achieved by a customer reducing its load by a pre-determined amount (the Guaranteed Load Drop), upon notification from the resource provider's market operations center or its agent. Typically, the load reduction is achieved through running customer-owned backup generators, or by shutting down process equipment.

For each type of recognized Load Management Program, there can be three notification periods:

- 30 Minute Lead Time – Load management which must be fully implemented in 30 minutes or less from the time the PJM dispatcher notifies the market operations center of a curtailment event.
- 60 Minute Lead Time – Load management which requires more than 30 minutes but no more than one hour, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to be fully implemented.
- 120 Minute Lead Time - Load management which requires more than one hour but no more than two hours, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to by fully implemented.

**PJM Manual 13**

## 1.3 Communications

Effective communications are critical to ensure reliability during emergency operations. PJM conducts regular conference calls with System Operations Subcommittee representatives (TOs) as well as neighboring RCs BAs and TOPs during emergency operations. Attachment B defines Teleconference Protocol Guidelines. Any operational decisions made on these calls or otherwise outside of normal control room operations shall be followed with a call, between control rooms to confirm understanding of the decision by all parties.

Electronic communications and data quality are also critical. Interruptions to electronic communications can result in inaccurate analysis, inefficient dispatch and potential unreliable operations. Effective operator-to-operator or operator-to-support staff communications are essential to ensure reliable operations and quickly restore data communications.

- PJM dispatchers — Declare and implement emergency procedures
- Local Control Center (LCC) and Market Operations Centers (MOC) dispatchers — respond to PJM dispatcher requests for emergency procedures

Case 8:26-cv-02077-TDC     Document 1-9     Filed 05/26/26     Page 11 of 68

The Resideo Platform and EnergyHub Platform:[8]

## 8. REQUIRED CONNECTIVITY

Some portions of the System require a data connection between certain devices or systems on your property and our servers. You must provide this connection at your sole expense and responsibility. EnergyHub is not responsible for the availability of this connection or liable for any consequences that may result from the unavailability or quality of such connection and reserves the right to change the access configuration of its System at any time and without prior notice to you.

Some portions of the System may require a connection to your electric, water, gas, or other utilities (between you and the utilities, the utilities and us, or both). We are not responsible for the availability of these connections or liable for any consequences that may result from the unavailability or quality of such connections. You agree to allow us access to your billing and usage information from the utilities for the purpose of our providing that information to you through the System.

---

[8] End User License Agreement, available at https://www.energyhub.com/terms.

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 12 of 68

The EnergyHub Platform:
https://info.energyhub.com/hubfs/Fact%20sheets/EnergyHub%20BYOT%20fact%20sheet_v4.pdf





U.S. Patent No. 11,262,779

https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub_DERMS_FactSheet_3.18.pdf

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 14 of 68

https://www.energyhub.com/edge-derms-platform/vpp-strategies/demand-response



13

EnergyHub Whitepaper, Firm Load Dispatch
https://415845.fs1.hubspotusercontent-
na1.net/hubfs/415845/White%20papers%20(2021)/EnergyHub%20WhitePaper-
Firm%20Load%20Dispatch_2021.pdf



14

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 16 of 68

| | |
|---|---|
| | The Resideo Platform:[9]<br><br>Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:<br><br>"**Required Connectivity**. Some portions of CS require a data connection between your DER and our servers." |
| 1[b] wherein the server determines an amount of power available for the at least one power consuming device based on a baseline historical load for the at least one power consuming device, an | In each of the DR Systems, the server determines an amount of power available for the at least one power consuming device based on a baseline historical load for the at least one power consuming device, an estimation based on a load profile of the at least one power consuming device, and/or real-time or near real-time measurement of the power consumption of the at least one power consuming device. For example, the utility servers (e.g., EnergyHub Platform or Resideo Platform) ("server") determine a Nominated DR Value, Max Load, CBL and/or other forecasting information ("an amount of power available for the at least one power consuming device based on a baseline historical load for, an estimation based on a load profile of, and/or real-time or near real-time measurement of the power consumption of the at least one power consuming device"). |

---

[9] https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 17 of 68

| estimation based on a load profile of the at least one power consuming device, and/or real-time or near real-time measurement of the power consumption of the at least one power consuming device; | **PJM Manual 18**<br><br>**Nominated DR Value** – the nominated value of a Demand Resource is the value of the maximum load reduction and the process to determine this value is consistent with the process for the determination of the capacity obligation for the customer. Tthe maximum load reduction for Capacity Performance registration also takes into consideration the Winter Peak Load for the customer. The maximum load reduction for each resource is adjusted to include system losses.<br><br>The Daily Nominated DR Value for a Capacity Performance Demand Resource during the summer period of June through October and May of the Delivery Year is based on the sum of the summer nominated DR values of the registrations linked to such Demand Resource. The Daily Nominated DR Value for a Demand Resource during the non-summer period of November through April is based on the lesser of (a) the sum of the summer nominated DR values of the registrations linked to such Demand Resource or (b) the sum of the winter nominated DR values of the registrations linked to such Demand Resource.<br><br>**PJM Manual 11 at 176**<br><br>• In order to register locations for participation in PJM Markets, CSPs shall provide information for each location including the following:<br><br>    ◦ Max Load – CSPs best estimate of annual peak load.<br><br>**PJM Manual 11 at 185**<br>**10.2.5 CBL Certification Process**<br>All Economic registrations, except Economic Regulation Only registrations, should go through the CBL certification process to ensure that the CBL used to predict the customer load and therefore, determine the quantity of each hourly load reduction, is reasonably accurate and non-biased. All registrations should use a CBL with a Relative Root Mean Square Error (RRMSE) no greater than 20% unless otherwise approved by PJM. Registrations with a RRMSE greater than 20% based on hourly load data provided in the registration process are considered variable load customers. |

CBL certification is performed by the CSP prior to registration submission. CSPs should always calculate an RRMSE for the standard CBL defined in the Tariff. An alternative CBL may be requested if the alternative CBL is more accurate than the standard CBL and has an RRMSE less than or equal to 20%.

**Resideo Platform**
https://web.archive.org/web/20260307113420/https://www.connectedsavings.com/faq/

What about my data? Where does it get stored, and for how long?

You're absolutely right – it is *your* data, and we treat it accordingly. This means using industry-standard security to ensure your data does not get compromised. We will not share with, or resell your data to anyone not required to operate the Connected Savings service. The majority of your data will be kept in our databases for no more than 60 days. For some special interest days (such as those with extreme weather conditions) we will keep your data up to 180 days in order to help us improve our models. Anonymized data will be kept indefinitely.

**https://web.archive.org/web/20250420224858/https://www.connectedsavings.com/demand-response/**

# TAILORED DR STRATEGIES

Connected Savings Intelligence℠ (CSI) offers a variety of tailored DR strategies for all of the major energy using devices in the home. Our hyper local weather data, thermodynamic models, and machine learning create an orchestrated experience via a single interface across all device types. CSI provides precise and accurate capacity and load forecasts for DR event planning and management for residential and SMB customers.

Case 8:26-cv-02077-TDC     Document 1-9     Filed 05/26/26     Page 19 of 68



Sample load reduction of an actual program in June 2016, comparing baseline to reduced load for a 2 hour DR event.

https://web.archive.org/web/20241108215727/https://www.connectedsavings.com/resideo-grid-services/demand-management/

## INTELLIGENT DEMAND RESPONSE

Energy demand is not static and with Resideo Grid Services' data driven platforms we can all help make the most of the energy we have. Our patented thermodynamic modeling is a critical component of our Demand Side Management Services and can help predict energy usage for each home, each day given indoor and outdoor conditions.

Our technology Ingests real-time thermostat, weather and energy price data and Optimizes and manages HVAC energy use by forecasting load and available capacity.

**EnergyHub Platform**

https://www.energyhub.com/industry-leading-technology

## Forecasting

Our platform uses a range data to forecast both the future load from groups of DERs (a load forecast), and also the net load reduction capacity that can be achieved by calling demand response events from a given group (a capacity forecast). The forecasting engine draws on historical data to build models that can generate forecasts.



# Advanced baselines

EnergyHub's platform provides utilities with multiple baseline options, which are used in our DR event performance analytics. Users may select standard Independent System Operator (ISO) baseline algorithms, such as PJM Customer Baseline (CBL), or EnergyHub's custom baseline algorithms for thermostat and electric vehicle aggregations. Our proprietary baseline algorithms tend to produce more reliable counterfactual estimates and performance reports.

Case 8:26-cv-02077-TDC     Document 1-9     Filed 05/26/26     Page 22 of 68

**EnergyHub Load Forecasting Fact Sheet**
https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub%20load%20forecasting%20fact%20sheet.pdf

**❋ EnergyHub®**

# Mercury DERMS load forecasting

## The anatomy of a forecast

EnergyHub's forecasting calculations rely on three key components:

❋ **Daily & seasonal variation:** Changes in weather, temperature, occupancy and usage profiles – both in near real-time and over longer time periods

❋ **Detailed load profiles:** Large volumes of historical energy consumption data, gathered at high temporal resolution and aggregated from the individual device level

❋ **DER operational characteristics:** The types, specifications, and operating characteristics of DERs under management

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 23 of 68

| | |
|---|---|
| | |
| 1[c] wherein the server issues a power control message in response to the power control command; | In each DR System, the server issues a power control message in response to the power control command. For example, the utility servers (e.g., the EnergyHub and/or Resideo Platforms) ("server") issue a message ("power control message") in response to the new DR event input ("power control command").<br><br>**PJM Operating Agreement, Schedule 1, Section 8.2**<br><br>"To participate in the Emergency Load Response Program and Pre-Emergency Load Response Program, the Demand Resource must: . . . Be capable of receiving notification of a Load Management Event." |

| | |
|---|---|
| | **PJM Operating Agreement**<br><br>"Load Management Event" shall mean a) a single temporally contiguous dispatch of Demand Resources in a Compliance Aggregation Area during an Operating Day, or b) multiple dispatches of Demand Resources in a Compliance Aggregation Area during an Operating Day that are temporally contiguous.<br><br>"Load Reduction Event" shall mean a reduction in demand by a Member or Special Member for the purpose of participating in the PJM Interchange Energy Market.<br><br>"Synchronized Reserve Event" shall mean a request from the Office of the Interconnection to generation resources and/or Economic Load Response Participant resources able, assigned or self-scheduled to provide Synchronized Reserve in one or more specified Reserve Zones or Reserve Sub-zones, within ten minutes, to increase the energy output or reduce load by a directed amount of the assigned or self-scheduled Synchronized Reserve.<br><br>https://homeenergysavings.pepco.com/energywiserewards/md/residential/faq<br><br>**How does Energy Wise Rewards work?**<br><br>When you enroll, we'll connect an indoor Energy Wise Rewards programmable thermostat or an outdoor switch near your central air conditioning unit or heat pump. On selected days from June through October, we'll automatically cycle participating central air conditioners and heat pumps to help balance the region's demand for electricity. These events are known as "conservation periods". The more participants in the program, the greater the likelihood of reduced duration for any single conservation period. Energy Wise Rewards works best when it is truly a community-wide effort. |

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 25 of 68

| | |
|---|---|
| | https://homeenergysavings.delmarva.com/energywiserewards/md/residential/faq |
| | **How does Energy Wise Rewards work?** |
| | When you enroll, we'll connect an indoor Energy Wise Rewards programmable thermostat or an outdoor switch near your central air conditioning unit or heat pump. On selected days from June through October, we'll automatically cycle participating central air conditioners and heat pumps to help balance the region's demand for electricity. These events are known as "conservation periods". The more participants in the program, the greater the likelihood of reduced duration for any single conservation period. Energy Wise Rewards works best when it is truly a community-wide effort. |
| | https://www.smeco.coop/energy-efficiency/residential-programs/smarttemp/ |
| | **How do thermostat adjustments work during events and will it compromise my comfort?** |
| | • During an adjustment event (June through October only), your thermostat will be automatically adjusted up to 4°F based on your current temperature setting.<br>• The typical event will last four hours or less on non-holiday weekday afternoons. Once the event is over, your thermostat will return to its normal setting.<br>• Your participation is completely voluntary, and you will retain control of your thermostat. You can easily opt out of an event for any reason. |

Case 8:26-cv-02077-TDC   Document 1-9   Filed 05/26/26   Page 26 of 68

| | |
|---|---|
| | https://bgesmartenergy.com/residential/earn-incentives/connectedrewards/faqs |
| | **How will my thermostat be adjusted?** |
| | At the start of a non-emergency* adjustment event, your thermostat will be automatically adjusted up to 4 degrees from the current thermostat setpoint. The adjustment will typically last no more than six hours on non-holiday weekdays. Once the temperature adjustment is over, your thermostat will return to its normal setpoint and/or schedule. In some cases, your thermostat may be adjusted up to 3 degrees before an adjustment event to pre-condition your home. You can opt out of a non-emergency event at any time from your mobile device, web browser or thermostat. |
| | *During an emergency event, regional demand for electricity is close to surpassing regional supply and BGE is required to activate the Connected Rewards Program. This type of event is usually called to avoid potential service interruptions. During an emergency event and the transition period after the event, you may not have the ability to override your program participation. |
| | **EnergyHub Platforms:** |
| | https://www.energyhub.com/privacy-policy |
| | Our Services (defined below) integrate with connected devices in your home, such as heat pumps, water heaters, smart thermostats, batteries, electric vehicle supply equipment (EVSE), electric vehicles, and solar inverters, to manage programs operated by our utility partners. |

25

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 27 of 68

https://www.energyhub.com/edge-derms-platform/utility-integrations

Send a dispatch from your Grid DERMS to customers of specified rates, pulled from your CIS system.

**EnergyHub BYOT Fact Sheet v. 4**
https://info.energyhub.com/hubfs/Fact%20sheets/EnergyHub%20BYOT%20fact%20sheet_v4.pdf



## Demand response management system

Maximize load shed with a demand response module that leverages advanced machine-learning algorithms for intelligent device control.

**Mercury DERMS fact sheet**
https://cdn2.hubspot.net/hubfs/415845/Resources/Mercury%20DERMS%20fact%20sheet.pdf



# Mercury DERMS Platform

Mercury gives utilities real-time visibility into DERs and greater control at the grid edge

**Mercury DERMS capabilities**

\* Peak reduction

\* Load shift

\* Solar shifting and firming

\* Voltage & frequency response

\* Rate optimization

## Manage DERs from a single hub

Employing real-time analytics and dynamic visualizations, EnergyHub's Mercury DERMS is uniquely equipped to provide the suite of solutions utilities need to monitor and manage a range of connected and aggregated devices – including smart inverters, battery energy storage systems, smart thermostats, grid-interactive water heaters, and electric vehicles.

| | |
|---|---|
| | Communicating with, controlling, and optimizing the performance of DERs requires an end-to-end software system that is integral to a utility's day-to-day operations. Utilities need a DERMS that can:<br><br>✳ Create situational awareness at the grid-edge<br><br>✳ Engage with customers and enroll DERs into programs<br><br>✳ Monitor and forecast DER activity in relation to grid operations<br><br>✳ Coordinate control/dispatch of resources for grid-support services<br><br>**EnergyHub Privacy Policy**<br>https://www.energyhub.com/privacy-policy<br><br>Our Services (defined below) integrate with connected devices in your home, such as heat pumps, waterheaters, smart thermostats, batteries, electric vehicle supply equipment (EVSE), electric vehicles, and solar inverters, to manage programs operated by our utility partners.<br>. . .<br>If you are using our System (including by using your Device when connected to the EnergyHub Platform) from outside of the United States, please be aware that your information may be transferred to, stored in, or processed in the United States, where our servers are located and our central database is operated. |

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 30 of 68

| | The Resideo Plarforms: |
|---|---|
| | **Connected Savings EULA**<br>https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/<br><br>Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:<br><br>"**Required Connectivity**. Some portions of CS require a data connection between your DER and our servers."<br><br>https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/:<br><br>## TAILORED DR STRATEGIES<br><br>Connected Savings Intelligence℠ (CSI) offers a variety of tailored DR strategies for all of the major energy using devices in the home. Our hyper local weather data, thermodynamic models, and machine learning create an orchestrated experience via a single interface across all device types. CSI provides precise and accurate capacity and load forecasts for DR event planning and management for residential and SMB customers. |



Sample load reduction of an actual program in June 2016, comparing baseline to reduced load for a 2 hour DR event.

**BGE – Google Rush Hour Rewards Program Agreement**
(https://support.renewhome.com/en_us/baltimore-gas-electric-r1UIku9xl)

"Under the program, your Utility notifies Google of the existence of a Rush Hour Rewards event, causing Google's servers to remotely inform your Google Nest thermostat ("Nest Thermostat") to automatically change the temperature setpoint in your home on that day, without any manual intervention by you."

Case 8:26-cv-02077-TDC   Document 1-9   Filed 05/26/26   Page 31 of 68

| | |
|---|---|
| | **ecobee eco+ utility integration**<br>https://www.ecobee.com/en-us/utilities/<br><br>## Increase enrollment in your demand response program.<br><br>Reduce load demand at scale with our smart thermostats and eco+ technology, tailor-made to increase program success and participation.<br><br>- eco+ automation technology helps streamline enrollment and participation in Energy Efficiency, Demand Response, Time of Use programs.<br><br>- Utility portals and APIs help manage customer engagement and participation in energy programs.<br><br>- Have thermostats pre-enrolled in select programs that are purchased in bulk or through a marketplace.<br><br>https://www.energyhub.com/industry-leading-technology<br><br>Mercury DERMS supports and uses the latest open standards and protocols including OpenADR 2.0, IEEE 2030.5 (SEP 2.0), and DNP3 in addition to web service-based cloud-to-cloud integrations with select DER vendors. |

Case 8:26-cv-02077-TDC Document 1-9 Filed 05/26/26 Page 32 of 68

Case 8:26-cv-02077-TDC     Document 1-9     Filed 05/26/26     Page 33 of 68

| | |
|---|---|
| | https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/<br><br>**DYNAMIC ENERGY CONTROL**<br><br>As grid needs increase, no stone is left unturned in our suite of energy products. Water heater timers are rapidly being replaced with more dynamic energy control devices, including direct install modules, CTA-2045 devices, and native Wi-fi connections in the next generation of smart water heaters. Our platform uses cloud to cloud APIs and OpenADR2.0b to dynamically control your suite of water heater devices with advance control strategies to achieve your energy goals. |
| 1[d] wherein the power control message causes a reduction of a flow of power to the at least one power consuming device based on the amount of power available for the at least one power consuming device; | In each of the DR Systems, the power control message causes a reduction of a flow of power to the at least one power consuming device based on the amount of power available for the at least one power consuming device. For example, the command issued by the server ("power control message") causes the smart thermostat or load switch to, for example, turn off the HVAC ("a reduction of a flow of power to the at least one power consuming device"). The command and its associated reduction in power is based on, for example, at least the determined amount of power available for the at least one power consuming device.<br><br>*See* 1[b] and 1[c] above. |
| 1[e] wherein the amount of the flow of power reduced to the at least one power consuming device is confirmed by measurement | The DR Systems of the Maryland Utilities are required to, and on information and belief do, confirm the amount of the flow of power reduced to a power consuming device by measurement and verification.<br><br>**FERC Order 745**<br>93. The Commission agrees with commenters who assert that measurement and verification are critical to the integrity and success of demand response programs. Without a determination of a demand response provider's expected use of power, the ISOs and RTOs cannot determine whether that provider has in fact |

| | |
|---|---|
| and verification; and | reduced its energy usage when paid to do so. Towards that end, all the RTOs and ISOs already have measurement and verification protocols for their demand response programs.[181] |
| | |
| | [181] See, e.g., PJM Interconnection, L.L.C., 123 FERC ¶ 61,257 (2008). |
| | |
| | [W]e direct ISOs and RTOs to review their current requirements in light of the changes in this Final Rule and develop appropriate revisions and modifications, if necessary, to ensure that their baselines remain accurate and that they can verify that demand response resources have performed. Specifically, we direct each RTO and ISO to include as part of the compliance filing required herein, an explanation of how its measurement and verification protocols will continue to ensure that appropriate baselines are set, and that demand response will continue to be adequately measured and verified as necessary to ensure the performance of each demand response resource. If necessary, each RTO and ISO should propose any changes needed to ensure that measurement and verification of demand response will adequately capture the performance (or non-performance) of each participating demand response market participant to be consistent with the requirements of this Final Rule. |
| | |
| | **PJM Manual 18** |
| | **8.6 Measuring Compliance during Performance Assessment Interval for Demand Resources** |
| | A Capacity Performance Demand Resource is subject to Non-Performance Assessment during a Performance Assessment Interval that occurs during the Delivery Year during the availability window when linked registrations to such Capacity Performance Demand Resource are dispatched by PJM during such Performance Assessment Interval. A Summer-Period Capacity Performance Demand Resource is subject to Non-Performance Assessment during a Performance Assessment Interval that occurs during June through October and May of the Delivery year during the availability window when linked registrations to such Summer-Period Capacity Performance Demand Resource are dispatched by PJM during such Performance Assessment Interval. |

| | | Compliance is the process utilized to review Demand Resource performance during a Performance Assessment Interval and establishes a Performance Shortfall or Bonus Performance for such Demand Resource.<br><br>Compliance will be measured for each registration dispatched by PJM within the area defined by the Emergency Action for each Performance Assessment Interval. Compliance is measured for partial clock hour dispatch if dispatched for 30 minutes or more of the clock hour. Compliance is not measured if dispatched for less than 30 minutes of the clock hour.<br><br>DR Providers are responsible for submittal of compliance information to PJM through the DR Hub System within 45 days after the end of the month in which a Performance Assessment Interval occurred.<br><br>PJM verifies compliance on an end-use customer basis by reviewing the data submitted by the DR Provider through the DR Hub system. Load management compliance for non-interval metered residential customers may be verified using a statistical sample of end-use customers in accordance with *PJM Manual 19: Load Forecasting & Analysis, Attachment D* and subject to PJM approval.<br><br>. . .<br><br>DR Provider must submit 24 hours of actual load data for the day in which Performance Assessment Interval occurred and for all days required to determine comparison loads. Comparison loads must be developed in accordance with the guidelines included in *PJM Manual M-19 Load Forecasting & Analysis, Attachment A: Load Drop Estimate Guidelines*, and note which method was employed. |
|---|---|---|

Case 8:26-cv-02077-TDC   Document 1-9   Filed 05/26/26   Page 36 of 68

**PJM Manual 11**

### 10.2.5 CBL Certification Process

All Economic registrations, except Economic Regulation Only registrations, should go through the CBL certification process to ensure that the CBL used to predict the customer load and therefore, determine the quantity of each hourly load reduction, is reasonably accurate and non-biased. All registrations should use a CBL with a Relative Root Mean Square Error (RRMSE) no greater than 20% unless otherwise approved by PJM. Registrations with a RRMSE greater than 20% based on hourly load data provided in the registration process are considered variable load customers.

## 10.4 Demand Resource Metering and Settlement Data Requirements

The settlements submitted to PJM by CSPs must conform to the following requirements for data, including metered data, and CBL calculations. All settlement related calculations for Economic and Emergency Demand Resources are provided in PJM Manual 28: Operating Agreement Accounting.

### 10.4.1 Metered Data

Demand Resources must be equipped with interval meters recording electrical usage at the EDC account level. The interval of data collection must be sufficient to provide PJM with hourly, one minute or real time load data as applicable for the wholesale market. Residential Direct Load Control (RDLC) aggregates may have interval meters installed on a statistical sample of EDC accounts per PJM Manual 19: Load Forecasting and Analysis, Attachment C and subject to PJM approval.

Load data must be provided for all hours of the day and for all days necessary for PJM to calculate the CBL for settlements or to measure compliance as necessary.

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 37 of 68

| | |
|---|---|
| | **PJM Operating Agreement**<br>**8.2  Participant Qualifications**<br><br>Two primary types of distributed resources are candidates to participate in the PJM Emergency Load Response Program and Pre-Emergency Load Response Program:<br><br>On-Site Generators (As defined in Operating Agreement, section 1)<br>Load Reductions<br>    A participant that has the ability to reduce a measurable and verifiable portion of its load, as metered on an EDC account basis.<br><br>Only Members or Special Members may participate in the Emergency Load Response Program and Pre-Emergency Load Response Program by complying with all of the requirements of the applicable Relevant Electric Retail Regulatory Authority and all other applicable federal, state and local regulatory entities together with the Emergency Load Response and Pre-Emergency Load Response Program provisions herein, including, but not limited to, the Registration section. |

https://web.archive.org/web/20220130220113/https://www.energyhub.com/platform/

# Performance measurement

Granular analysis of the performance of DER portfolios, allowing utility operators to assess and track the efficacy of the grid services requested.

**Measurement and verification**

Measuring the results of grid services against configurable baselines

**Event reporting**

End-to-end reporting on event performance, including participation metrics and load impact

**Incentive tracking and management**

Calculating and managing customer incentives and rebates

**Settlement**

Enabling the settlement of capacity in various energy markets

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 39 of 68

| | |
|---|---|
| | https://web.archive.org/web/20210617171458/https://connectedsavings.com/products/demand-response/ <br><br>  |
| 1[f] wherein the measurement and verification is transmitted to the server. | In each DR system, the measurement and verification is transmitted to the server.  For example, the meters send the measured load data ("measurement and verification") to the utility servers via advanced metering infrastructure (AMI). <br><br> **Public Service Commission Of Maryland, Order On Implementation Of FERC Order No. 2222 And Virtual Power Plants In Maryland, Case No. 9778, Order No. 91603, April 11, 2025** <br><br> "The Commission notes that all of the major Maryland utilities with the exception of Potomac Edison have AMI metering systems." |

**FERC 2025 Assessment of Demand Response and Advanced Metering**
https://www.ferc.gov/sites/default/files/2025-
12/25_Annual%20Assessment%20of%20Demand%20Response_1212.pdf

The Energy Information Administration (EIA) defines advanced metering infrastructure (AMI) (also referred to as "advanced meters" throughout this report) as meters that measure and record usage data, at a minimum, in hourly intervals and provide usage data at least daily to energy companies and may also provide data to consumers.

*Enerwise Global Technologies, LLC v. PJM Interconnection, L.L.C.*, **188 FERC ¶ 61,191 (Sept. 19, 2024)**

CPower argues that Curtailment Service Providers like CPower that want to aggregate residential customers to provide demand response face a barrier to participation in the PJM markets.7 CPower states that PJM requires large volumes of data to enable participation for residential customers.  CPower argues that electric distribution companies either cannot or will not provide Curtailment Service Providers with data from their advanced metering infrastructure (AMI) systems and meters to enable participation at scale, i.e., aggregating thousands of residential customers. In addition, CPower contends, the Tariff permits statistical sampling only if the electric distribution company has not installed AMI systems and meters. CPower contends that electric distribution companies have extensively adopted AMI systems and meters for residential customers in PJM, and the Tariff does not permit statistical sampling for those customers.
. . .

CPower indicates that it would not be unreasonable to require electric distribution companies to certify to PJM if they can make the required AMI data economically available to enable Curtailment Service Providers to serve residential customers.
. . .

PJM argues that allowing interval metered residential customers to have their usage measured by statistical sampling would reduce the accuracy of load reduction measurement, result in less accurate settlements, adversely impact both load and generator interests, and would be contrary to PJM's history of revising rules around residential demand response customer participation to increase accuracy as time and technology improve, which is especially relevant in light of the issues stemming from Winter Storm Elliott.

Case 8:26-cv-02077-TDC   Document 1-9   Filed 05/26/26   Page 41 of 68

| | |
|---|---|
| | . . .<br><br>While we find that CPower has not provided sufficient evidence to meet its FPA section 206 burden, we recognize the concern that, under PJM's Tariff, residential demand response may not be able to participate in PJM's wholesale markets if an electric distribution company is unable or unwilling to provide the requisite AMI data.<br><br>. . .<br><br>in places where metered interval data exist, PJM requires the use of actual metered data<br><br>**PJM – Price Responsive Demand**<br>https://www.pjm.com/-/media/DotCom/about-pjm/newsroom/fact-sheets/price-responsive-demand.pdf<br><br>Price Responsive Demand<br><br>pjm<br><br>Price responsive demand is the ability of consumers to control their energy expenditures by changing their electricity use in response to wholesale electricity prices. To assist the development of price responsive demand, PJM Interconnection has created business rules that support the deployment of the advanced metering infrastructure and retail rate approaches needed to enable consumers, including residential and small commercial customers, to receive and act on wholesale electricity prices in real time.<br><br>**PJM Manual 18 at 46**<br><br>AMI is required in support of the PRD installation:<br>   •   In jurisdictions where the PRD program is under the jurisdiction of a RERRA, the PRD Provider shall use the AMI infrastructure in conformance with RERRA requirements. Furthermore, the AMI system shall be designed to allow for full implementation of PRD including metering reading requirements, supervisory control requirements, and all other requirements developed under the PJM RAA, PJM Operating Agreements, OATT and PJM Manuals. |

<table>
<tr>
<td></td>
<td>

- In jurisdictions where PRD Provider is not required to obtain RERRA approval for the PRD program, the PRD Provider shall use an automated metering infrastructure that effects the needed operational requirements for PRD. Furthermore, the metering infrastructure shall be designed to allow for full implementation of PRD including meter reading requirements, supervisory control requirements, and all other requirements developed under the PJM RAA, PJM Operating Agreements, OATT and PJM Manuals.
- The meter utilized to measure consumption for the purpose of retail billing shall also be the meter utilized to measure consumption for the purpose of PRD participation.

**Exelon Utilities' (BGE, Pepco, Delmarva) response to Commission Order No. 91603 – Implementation of FERC Order No. 2222 and Virtual Power Plants in Maryland, Case No. 9778, Oct. 10, 2025, at 31-32**

"[I]t is important to outline how meter data is currently collected and utilized by the Exelon Utilities. The graphics below illustrate this:"

</td>
</tr>
</table>

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 43 of 68



42

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 44 of 68

| | |
|---|---|
| | **SMECO's response to Commission Order No. 91603 – Implementation of FERC Order No. 2222 and Virtual Power Plants in Maryland, Case No. 9778, Oct. 10, 2025, at 4**<br><br>IV.    **Device-Level Metering**<br><br>     Device-level metering could strongly support the case for DERs as electric system assets by quantifying their contributions in terms of capacity, energy, and volt-var support among other benefits. There is an unfortunate disconnect between the value of this data and the difficulty and cost necessary to operate it. Existing utility metering at SMECO uses advanced metering infrastructure ("AMI") that wirelessly communicates 15-minute interval data to the centralized meter data management system. The communications bandwidth is currently saturated to the point that no additional devices could transmit data back without either costly upgrades or a reduction in interval data reads. Even AMI 2.0 would not provide sufficient connectivity to achieve a virtual power plant ("VPP") solution. |

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 45 of 68

**EnergyHub DERMS Fact Sheet v. 3.18** (showing the EnergyHub Platform communicating with meters via a meter data management system ("MDMS")).
https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub_DERMS_FactSheet_3.18.pdf



44

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 46 of 68

|  | **Resideo Connected Savings Privacy Policy**[10] |
|---|---|
|  | • **Usage Information**: Usage Information may include your home's energy usage, smart meter data including information about your electrical usage relating to electrical loads monitored by CS, your overall household electrical usage, your electric rates, heating and cooling information and other information about the use and performance of your Communicating Devices, the interaction of your Communicating Devices and the Portals and your use of CS. We may receive this type of information as you use CS. Usage Information may also include information about your transactions with us, your utility, and with some of our business partners. We may also combine this information with Account Information or other information that you have provided to us and with other information that is publicly available or that we receive from other reputable sources in order to make CS, our Services, and our communications with you more effectively targeted to your interests. We keep track of the websites and pages you visit within the Portals and/or CS and, if applicable, the actions you perform in the Mobile Apps, in order to determine the ease of use and effectiveness of our marketing and sign-up process and what services are the most popular. |
| 3. The system of claim 1, wherein the amount of power available for the at least one power consuming device is determined based on weather or climate information for a location where the at least one | In each DR system, the amount of power available for the at least one power consuming device is determined based on weather or climate information for a location where the at least one power consuming device is located. For example, both the Resideo and EnergyHub Platforms generate forecasts ("the amount of power available for the at least one power consuming device") based on local weather data ("weather or climate information for a location where the at least one power consuming device is located"). <br><br> **EnergyHub Load Forecasting Fact Sheet** <br> https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub%20load%20forecasting%20fact%20sheet.pdf |

[10] https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/privacy-policy/

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 47 of 68

| power consuming device is located. | ✳ EnergyHub®<br><br>**Mercury DERMS load forecasting**<br><br>**The anatomy of a forecast**<br><br>EnergyHub's forecasting calculations rely on three key components:<br><br>✳ **Daily & seasonal variation:** Changes in weather, temperature, occupancy and usage profiles – both in near real-time and over longer time periods<br><br>✳ **Detailed load profiles:** Large volumes of historical energy consumption data, gathered at high temporal resolution and aggregated from the individual device level<br><br>✳ **DER operational characteristics:** The types, specifications, and operating characteristics of DERs under management |
| --- | --- |

Case 8:26-cv-02077-TDC   Document 1-9   Filed 05/26/26   Page 48 of 68

Fleet load data   Real-time weather data

Deep learning engine

15-minute forecasts

Monte Carlo engine

Device model ← Device-specific data

https://web.archive.org/web/20241108215727/https://www.connectedsavings.com/resideo-grid-services/demand-management/

# INTELLIGENT DEMAND RESPONSE

Energy demand is not static and with Resideo Grid Services' data driven platforms we can all help make the most of the energy we have. Our patented thermodynamic modeling is a critical component of our Demand Side Management Services and can help predict energy usage for each home, each day given indoor and outdoor conditions.

Our technology Ingests real-time thermostat, weather and energy price data and Optimizes and manages HVAC energy use by forecasting load and available capacity.

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 49 of 68

|  | https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/<br><br>**TAILORED DR STRATEGIES**<br><br>**Connected Savings Intelligence℠ (CSI)** offers a variety of tailored DR strategies for all of the major energy using devices in the home. Our hyper local weather data, thermodynamic models, and machine learning create an orchestrated experience via a single interface across all device types. CSI provides precise and accurate capacity and load forecasts for DR event planning and management for residential and SMB customers. |
|---|---|
| 4. The system of claim 1, wherein the measurement and verification is used to generate a projected load curve for the at least one power consuming device. | In each DR System, the measurement and verification is used to generate a projected load curve for the at least one power consuming device.  For example, the meter-measured load, the expected load and/or the difference between the two ("measurement and verification") is used to generate a projected load curve for the HVACs involved in the DR event ("at least one power consuming device").<br><br>**EnergyHub_DERMS_FactSheet_3.18**<br>https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub_DERMS_FactSheet_3.18.pdf |

## Load shaping

The platform intelligently optimizes behind-the-meter assets to operate in such a way that the utility sees a desired load shape (system-wide or at a specific location on the distribution grid). This capability is used for:

* Congestion management
* Peak load management
* Renewables firming
* Managed charging
* Rate optimization

Case 8:26-cv-02077-TDC   Document 1-9   Filed 05/26/26   Page 51 of 68

https://www.energyhub.com/news/der-load-forecasting-derms

Load Activity 07/09/2017

17:00
Forecasted Load: 18.57 MW

# DER load forecasting: A powerful tool for DSM and situational awareness

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 52 of 68

| | |
|---|---|
| | But first, here's some quick context on how EnergyHub's forecasting approach is different from conventional approaches. Typical utility operational forecasts, whether generated internally or by a third party, are infrequently updated and offer insight at the system- or substation-level only. EnergyHub's DER load forecasting, by contrast, offers utilities a targeted prediction of load from grid-edge devices, based on real-time customer behavior. While this represents only a subset of utility load, it correlates strongly to peak demand, and the DER forecast provides utilities with a valuable real-time update to their operational forecast, which otherwise wouldn't be available. |

EnergyHub has solved for a unique challenge: accurately and continuously predicting the load shape of behind-the-meter devices whose data the utility doesn't even normally have access to. In the Mercury DERMS platform, EnergyHub designed its DER load forecasting capability to provide utility operators insight into projected DER activity, updated in real-time and bundled upwards from the grid edge. Behind the scenes, EnergyHub's forecasting models leverage sophisticated machine learning techniques, rather than conventional regression-based approaches. Forecasts are continually updated based on device state and power consumption, as well as external data feeds such as weather, and made available via intuitive graphical displays at 15-minute intervals. Download our load forecasting fact sheet to learn more about our approach.

https://www.energyhub.com/industry-leading-technology

## Forecasting

Our platform uses a range data to forecast both the future load from groups of DERs (a load forecast), and also the net load reduction capacity that can be achieved by calling demand response events from a given group (a capacity forecast). The forecasting engine draws on historical data to build models that can generate forecasts.



U.S. Patent No. 11,262,779

https://web.archive.org/web/20241108215727/https://www.connectedsavings.com/resideo-grid-services/demand-management/

# INTELLIGENT DEMAND RESPONSE

Energy demand is not static and with Resideo Grid Services' data driven platforms we can all help make the most of the energy we have. Our patented thermodynamic modeling is a critical component of our Demand Side Management Services and can help predict energy usage for each home, each day given indoor and outdoor conditions.

Our technology Ingests real-time thermostat, weather and energy price data and Optimizes and manages HVAC energy use by forecasting load and available capacity.

# THERMOSTAT OPTIMIZATION

Localized learning of the heat signatures of a homeowners thermodynamic model is at our core. Resideo Grid Services' heritage of knowing and controlling home comfort effectively for over 100 years drives our innovation in thermostat optimization.

As thermostats become more connected, our patented algorithms work with outside data and real-time energy inputs to give a best in class energy saving range 10% better than the nearest competitor.

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 57 of 68

| | |
|---|---|
| | https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/<br><br>**TAILORED DR STRATEGIES**<br><br>Connected Savings Intelligence℠ (CSI) offers a variety of tailored DR strategies for all of the major energy using devices in the home. Our hyper local weather data, thermodynamic models, and machine learning create an orchestrated experience via a single interface across all device types. CSI provides precise and accurate capacity and load forecasts for DR event planning and management for residential and SMB customers.<br><br>https://web.archive.org/web/20210617171458/https://connectedsavings.com/products/demand-response/<br><br> **CAPACITY/LOAD FORECASTING** |
| 6. The system of claim 1, wherein the measurement and verification is performed by a smart meter, and wherein the smart meter transmits the measurement and verification to the server in near real-time. | In each DR System, the measurement and verification is performed by a smart meter, and wherein the smart meter transmits the measurement and verification to the server in near real-time.  For example, AMI inherently transmits in near real-time.<br><br>*See* 1[f] above.<br><br>**Resideo ESG Report 2023**<br>https://www.resideo.com/us/en/-/media/Resideo/Consumer-Images/Sustainability/ESG%20Report%202023_.pdf/?rv=b2110e7c77cc433a9479ef8196975d0a |

## GRID SERVICES

### Resideo Grid Services is a platform that helps manage energy usage more efficiently.

Resideo Grid Services operates a platform that enhances grid reliability and resilience by managing energy resources during peak periods to prevent overloading the grid. Partnering with utilities to operate Demand Response programs, our platform uses advanced analytics and real-time monitoring to adjust the electricity consumption of hundreds of thousands of end-customer loads, aiding in the balancing of energy supply and demand and ensuring grid stability.

https://www.energyhub.com/edge-derms-platform/platform-overview

### Reliable flexibility at every level of the grid

Benefit from flexibility any time of the year, any time of the day. Dispatch your VPP fleet for grid resilience and to relieve load congestion or constraints. Leverage real-time control, year-round flexibility, and bulk grid and local distribution impact.

Case 8:26-cv-02077-TDC   Document 1-9   Filed 05/26/26   Page 59 of 68

| 9[pre] A system for managing an electric power grid, comprising: | Each of the Maryland Utilities makes and uses a system that operates the respective Demand Response Program ("DR System").  Each of these DR Systems manages an electric grid by, for example, communicating messages to and controlling the operation of smart thermostats and/or load control switches in order to reduce the consumption of electric power by load consuming devices during periods of peak demand.<br><br>*See* 19[pre] above. |
|---|---|
| 9[a] a server, including a processor and a memory, wherein the server receives a power control command requiring a reduction of an amount of power consumed by a plurality of power consuming devices, each associated with one of a plurality of individual consumer profiles; | Each DR System comprises a server, including a processor and a memory, wherein the server receives a power control command requiring a reduction of an amount of power consumed by a plurality of power consuming devices, each associated with one of a plurality of individual consumer profiles.  For example, the utility servers including at least the Resideo Platform and/or EnergyHub Platform (a server, including "a processor and a memory") receive input to create a new DR event for a group of smart thermostats/HVAC units ("power control command requiring a reduction of an amount of power consumed by a plurality of power consuming devices"), and each smart thermostat/HVAC unit is associated with a profile including, for example, usage information ("one of a plurality of individual consumer profiles").<br><br>*See* 1[a] above.<br><br>**EnergyHub Privacy Policy (describing data collected by EnergyHub)**<br>https://www.energyhub.com/privacy-policy<br><br>"Usage Information" is information about a consumer's electrical usage or consumption relating to electrical loads monitored by the System (including smart meter data), a consumer's electric vehicle electrical usage, solar panel performance, a consumer's overall household electrical usage, set point temperature, change of state and other information about the use and performance of Devices and HVAC systems. We receive this type of information from Devices, the Websites, the EnergyHub Platform, and the Services as they are used in the System, and we may also receive and collect Usage Information from third parties. Our Services may use data from your Device and from a real-time, local weather sensor network to optimize and manage your Device settings based on the weather for energy efficiency and grid stability. |

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 60 of 68

We use personally identifiable Usage Information to provide utilities, Device providers and consumers with a consumer's energy use data, to help consumers set energy goal/budgets and track a consumer's progress, to optimize and support our grid service offerings (e.g., demand response in the EnergyHub Platform) and to optimize the performance of your System. We may also use Usage Information for customer support, System restoration, and research and development activities. We use this information where we have your consent (if we ask for it) or as necessary to perform a contract.

**Resideo Connected Savings Privacy Policy**
https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/privacy-policy/

- **Usage Information**: Usage Information may include your home's energy usage, smart meter data including information about your electrical usage relating to electrical loads monitored by CS, your overall household electrical usage, your electric rates, heating and cooling information and other information about the use and performance of your Communicating Devices, the interaction of your Communicating Devices and the Portals and your use of CS. We may receive this type of information as you use CS. Usage Information may also include information about your transactions with us, your utility, and with some of our business partners. We may also combine this information with Account Information or other information that you have provided to us and with other information that is publicly available or that we receive from other reputable sources in order to make CS, our Services, and our communications with you more effectively targeted to your interests. We keep track of the websites and pages you visit within the Portals and/or CS and, if applicable, the actions you perform in the Mobile Apps, in order to determine the ease of use and effectiveness of our marketing and sign-up process and what services are the most popular.

59

| 9[b] wherein the server aggregates the plurality of individual consumer profiles to generate at least one multi-user consumer profile; | In each DR System, the server aggregates the plurality of individual consumer profiles to generate at least one multi-user consumer profile. For example, the utility servers aggregate customer data ("the plurality of individual consumer profiles") for submission and payment/settlement ("to generate at least one multi-user consumer profile"), among other reasons.<br><br>**Schedule 6 to the Reliability Assurance Agreement at 9:**<br><br>Each Curtailment Service Provider must satisfy (or contract with another LSE, Curtailment Service Provider, or electric distribution company to provide) the following requirements:<br>. . .<br>   b)   Customer-specific compliance and verification information for each PJM-initiated Demand Resource event or test event, <u>as well as aggregated Provider load drop data for Provider-initiated events</u>, in accordance with established reporting guidelines.<br><br>**PJM Operating Agreement**<br><br>**1.5A.10   Aggregation for Economic Load Response Registrations.**<br><br>The purpose for aggregation is to allow the participation of end-use customers in the Energy Market that can provide less than 0.1 megawatt of demand response when they currently have no alternative opportunity to participate on an individual basis or can provide less than 0.1 megawatt of demand response in the Secondary Reserve, Synchronized Reserve or Regulation markets when they currently have no alternative opportunity to participate on an individual basis. Aggregations pursuant to section 1.5A.1 above shall be subject to the following requirements:<br><br>   i)  All end-use customers in an aggregation shall be specifically identified;<br>. . .<br>   vi) Each end-use customer site must meet the requirements for market participation by an Economic Load Response Participant resource except for the 0.1 megawatt minimum load reduction requirement for energy or the 0.1 megawatt minimum load reduction requirement for Ancillary Services; and |

**1.5A.10.01  Aggregation for Economic Load Response Regulation Only Registrations**

The purpose for aggregation is to allow the participation of end-use customers in the Regulation market that can provide less than 0.1 megawatt of demand response when they currently have no alternative opportunity to participate on an individual basis. Aggregations pursuant to section 1.5A.1 above shall be subject to the following requirements:

    i)  All end-use customers in an aggregation shall be specifically identified;

    ii) All end-use customers in the aggregation must be served by the same electric distribution company and must also be part of the same Transmission Zone; and

    iii)Each end-use customer site must meet the requirements for market participation by an Economic Load Response Participant resource except for the 0.1 megawatt minimum load reduction requirement for Regulation service.

**8.11  Emergency Load Response and Pre-Emergency Load Response Participant Aggregation.**

Energy settlement will be based on each individual customer's load reductions, or a current statistical sample of end-use customers' load reductions for non-interval metered residential Direct Load Control customers as set forth in the PJM Manuals, pursuant to section 3.3A of Schedule 1 of this Agreement, the PJM Reliability Assurance Agreement Among Load Serving Entities in the PJM Region and the PJM Manuals. Capacity compliance will be based on each individual customers' load reductions, or a current statistical sample of end-use customers' load reductions, and then aggregated pursuant to section 3.3A of Schedule 1 of this Agreement, the PJM Reliability Assurance Agreement Among Load Serving Entities in the PJM Region and the PJM Manuals; and

| | | PJM Manual 11 |
|---|---|---|
| | | **10.2.2.1 Dispatch Groups**<br>• Economic Demand Resource registrations may be associated with a dispatch group. The dispatch group will allow the CSP to have one Real-time or Day-ahead Energy Market bid for the entire dispatch group.<br>• The dispatch group must have registrations with the same Transmission Zone and energy market pricing point.<br>• Registrations that participate in ancillary service markets will not be permitted to use a dispatch group unless approved by PJM.<br>• Registrations cannot be in a dispatch group and as a standalone registration. This will ensure that each registration is only available to bid once in the market and avoid duplications.<br>• Registrations must be confirmed before they may be added to a dispatch group.<br>• Registrations that clear in the Day-ahead Market are not allowed to be assigned to a dispatch group on same day it cleared in Day-ahead Market. If the CSP does try to assign the registration to a dispatch group on such day then PJM will remove the registration from the dispatch group because this may create a conflict between the single registration that cleared in the Day-ahead Market and the dispatch group that may be dispatched in the Real-time Market for same Operating Day.<br>• The CSP is responsible for ensuring that at least one registration is in a dispatch group when bid in the Day-ahead or Real-time Energy Market through the appropriate PJM system.<br><br>**Dispatch Group Settlements**<br><br>To calculate the reductions achieved by the Dispatch Group after an economic event, individual settlements need to be created in DR Hub.<br>• The CBL needs to be calculated in order to calculate the reductions for the individual Registrations. |

Case 8:26-cv-02077-TDC    Document 1-9    Filed 05/26/26    Page 64 of 68

- The Dispatch Group economic events are de-aggregated to the Registration level settlement based on the Registrations in the Dispatch Group early in the morning the day after the Operating Day. The individual settlements are submitted by the CSP based on the normal Registration level settlement process.
- The total reduction for the Dispatch Group is calculated once a day as the sum of all the reductions of the settlements. Once all of the settlements in the Dispatch Group reach their final state, the Dispatch Group load reduction is settled.
- The final state for a Dispatch Group economic settlement is achieved when all of the individual settlements within the Dispatch Group achieve the following status:
  - All settlements in Dispatch Group are confirmed.
  - Prior to the 60th day after the event, the CSP may mark the Dispatch Group ready for settlement. Once this has occurred, no further updates to any settlements may be done in the Dispatch Group.
  - On the 61st day after the event and all settlements are either confirmed, withdrawn or expired.
  - Once the 75th day after the event has been reached, the Dispatch Group settlement is sent to settlements regardless of the individual status of any settlements in the group.
- Dispatch Groups that are cleared or dispatched are evaluated at the Dispatch Group level when evaluating BOR. Deviations and BOR are assessed based on the reduction of the Dispatch Group.
- Market Settlements provides a settlement report based on Dispatch Group(s) and not by Registrations.

*Enerwise Global Technologies, LLC v. PJM Interconnection, L.L.C.*, **188 FERC ¶ 61,191 (Sept. 19, 2024)** CPower argues that Curtailment Service Providers like CPower that want to aggregate residential customers to provide demand response face a barrier to participation in the PJM markets. CPower states that PJM requires large volumes of data to enable participation for residential customers. CPower argues that electric distribution companies either cannot or will not provide Curtailment Service Providers with data from their advanced metering infrastructure (AMI) systems and meters to enable participation at scale, i.e., aggregating

| | thousands of residential customers. In addition, CPower contends, the Tariff permits statistical sampling only if the electric distribution company has not installed AMI systems and meters. CPower contends that electric distribution companies have extensively adopted AMI systems and meters for residential customers in PJM, and the Tariff does not permit statistical sampling for those customers.<br><br>https://www.pjm.com/-/media/DotCom/about-pjm/newsroom/fact-sheets/demand-response-fact-sheet.pdf<br><br> |
|---|---|
| 9[c] wherein the server determines an amount of power available for each of the plurality of power consuming devices; | For each DR System, the server determines an amount of power available for each of the plurality of power consuming devices.<br><br>*See, e.g.*, 1[b] above. |

Case 8:26-cv-02077-TDC   Document 1-9   Filed 05/26/26   Page 66 of 68

| | |
|---|---|
| 9[d] wherein the server issues a power control message in response to the power control command; | For each DR System, the server issues a power control message in response to the power control command.<br><br>*See* 1[c] above. |
| 9[e] wherein the power control message causes a reduction of a flow of power to at least one of the plurality of power consuming devices based on the amount of power available for each of the plurality of power consuming devices; | For each DR System, the power control message causes a reduction of a flow of power to at least one of the plurality of power consuming devices based on the amount of power available for each of the plurality of power consuming devices.<br><br>*See* 1[d] above. |
| 9[f] wherein the amount of the flow of power reduced to the at least one of the plurality of power consuming devices is confirmed by measurement and verification; and | For each DR System, the amount of the flow of power reduced to the at least one of the plurality of power consuming devices is confirmed by measurement and verification.<br><br>*See* 1[e] above. |

| | |
|---|---|
| 9[g] wherein the measurement and verification is transmitted to the server. | For each DR System, the measurement and verification is transmitted to the server.<br><br>*See* 1[f] above. |
| 11. The system of claim 9, wherein the amount of power available for each of the plurality of power consuming devices is based on a baseline historical load for the plurality of power consuming devices, an estimation based on load profiles of the plurality of power consuming devices, and/or real-time or near real-time measurement of the power consumption of the plurality of power consuming. | For each DR System, the amount of power available for each of the plurality of power consuming devices is based on a baseline historical load for the plurality of power consuming devices, an estimation based on load profiles of the plurality of power consuming devices, and/or real-time or near real-time measurement of the power consumption of the plurality of power consuming.<br><br>*See* 1[b] above. |

| 12. The system of claim 9, wherein the measurement and verification is performed by a smart meter, and wherein the smart meter transmits the measurement and verification to the server in near real-time. | In each DR System, the measurement and verification is performed by a smart meter, and wherein the smart meter transmits the measurement and verification to the server in near real-time.<br><br>*See* claim 6 above. |
|---|---|

67